UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                      CASE No. 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney

By:  */s/ Emily C. L. Chang*
      EMILY C. L. CHANG
      Assistant United States Attorney
      USA No. 166
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:      emily.chang@usdoj.gov

U.S. v. BRIAN PATRICK DURNING  Case No. 6:22-cr-102-WWB-DAB

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Karla M. Reyes
 Assistant Federal Defender

            */s/ Emily C. L. Chang*
            EMILY C. L. CHANG
            Assistant United States Attorney
            USA No. 166
            400 W. Washington Street, Suite 3100
            Orlando, Florida 32801
            Telephone: (407) 648-7500
            Facsimile: (407) 648-7643
            E-mail: emily.chang@usdoj.gov