UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

**GOVERNMENT'S NOTICE OF**
**ESTIMATED LENGTH OF TRIAL**

    The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby advises the Court that should this case go to trial, it is estimated that the length will be three days.

                                        Respectfully submitted,

                                        ROGER B. HANDBERG
                                        United States Attorney

                    By:  */s/ Emily C. L. Chang*
                          EMILY C. L. CHANG
                          Assistant United States Attorney
                          USA No. 166
                          400 W. Washington Street, Suite 3100
                          Orlando, Florida 32801
                          Telephone:   (407) 648-7500
                          Facsimile:   (407) 648-7643
                          E-mail:   emily.chang@usdoj.gov