UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Emily C. L. Chang, Assistant United States Attorney

David D'Arcangelis, Task Force Officer, Federal Bureau of Investigation

Brian Patrick Durning, defendant

Federal Bureau of Investigation, Investigative Agency

Roger B. Handberg, United States Attorney

Anthony Helicio, Senior Inspector, United States Marshals Service

Karla M. Reyes, Assistant Federal Defender

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:   Child Victim

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:   July 12, 2022

                        Respectfully submitted,

                        ROGER B. HANDBERG
                        United States Attorney

By:   */s/ Emily C. L. Chang*
       EMILY C. L. CHANG
       Assistant United States Attorney
       USA No. 166
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:   (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:       emily.chang@usdoj.gov

U.S. v. BRIAN PATRICK DURNING          Case No. 6:22-cr-102-WWB-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Karla M. Reyes
Assistant Federal Defender

*/s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  emily.chang@usdoj.gov