UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

## NOTICE OF MAXIMUM PENALTIES

The penalty for the offense charged in Count One of the Indictment is not more than two years' imprisonment; not more than one year of supervised release; a fine of not more than $250,000; and a mandatory $100 special assessment.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: emily.chang@usdoj.gov

U.S. v. BRIAN PATRICK DURNING        Case No. 6:22-cr-102-WWB-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Karla M. Reyes
Assistant Federal Defender

                                               */s/ Emily C. L. Chang*
                                               EMILY C. L. CHANG
                                               Assistant United States Attorney
                                               USA No. 166
                                               400 W. Washington Street, Suite 3100
                                               Orlando, Florida 32801
                                               Telephone:  (407) 648-7500
                                               Facsimile:  (407) 648-7643
                                               E-mail:    emily.chang@usdoj.gov