# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:22-cr-102-WWB-DAB**

**BRIAN PATRICK DURNING**

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **July 14, 2022**<br>11:22 A.M.- 11:23 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 1 minute |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
|  |  |  |  |

### CLERK'S MINUTES
**ARRAIGNMENT (WAIVER OF PRESENCE FILED)**

Case called.
Court accepts and endorses defendant's waiver of presence at arraignment and plea of not guilty.
Criminal Scheduling Order to enter.
Court adjourned.