1          **UNITED STATES DISTRICT COURT**
           **MIDDLE DISTRICT OF FLORIDA**
2               **ORLANDO DIVISION**

3                                      :
                                       :
4     **UNITED STATES OF AMERICA,**    :
                                       :    Case No.:
5          Plaintiff,                  :    6:22-cr-00102-WWB-DAB-1
                                       :
6     v.                               :    Orlando, Florida
                                       :    August 8, 2022
7                                      :    3:23 P.M. - 3:28 P.M.
                                       :
8     **BRIAN PATRICK DURNING,**       :
                                       :
9          Defendant.                  :
                                       :
10

11          **TRANSCRIPT OF STATUS CONFERENCE**
       **BEFORE THE HONORABLE WENDY W. BERGER**
12          **UNITED STATES DISTRICT JUDGE**

13    APPEARANCES:

14    For the Plaintiff:          Emily C.L. Chang
                                  U.S. Attorney's Office
15                                400 West Washington Street
                                  Suite 3100
16                                Orlando, Florida 32801

17    For the Defendant:          James T. Skuthan
                                  Federal Public Defender's Office
18                                201 South Orange Avenue
                                  Suite 300
19                                Orlando, Florida 32801

20

      Proceedings recorded by real-time mechanical stenography.
21    Transcript produced by computer-aided transcription.

22                        Reported by:
                  Heather Suarez, RPR, FCRR, CRR
23                 U.S. Official Court Reporter
             (407) 801-8921 | heathersuarez.usocr@gmail.com
24    401 West Central Boulevard, Suite 4600, Orlando, Florida 32801

25

1           **P R O C E E D I N G S**

2      (Proceedings commenced at 3:23 P.M.)

3           **THE COURTROOM DEPUTY:**  Case No. 6:22-cr-102, United

4    States of America v. Brian Patrick Durning.

5           Counsel, please state your appearances for the record.

6           **MS. CHANG:**  Good afternoon, Your Honor.  Emily Chang

7    on behalf of the United States.

8           **THE COURT:**  Good afternoon.

9           **MR. SKUTHAN:**  Good afternoon.  James Skuthan on behalf

10   of Mr. Durning.  I'm standing in for Ms. Reyes.

11          **THE COURT:**  All right.  Are we ready to get this one

12   set?

13          **MS. CHANG:**  No, Your Honor.

14          **MR. SKUTHAN:**  My understanding, Your Honor, Ms. Reyes

15   is seeking a 60-day continuance.  She has a waiver of speedy

16   through the end of December.  I think her and -- her and the

17   Government have been working to try to resolve the case.

18   There's some trial issues that they have to address.

19          **MS. CHANG:**  Yeah.  And just for some background,

20   Your Honor, this is a case involving a Delta flight passenger

21   who digitally penetrated the 13-year-old who was sitting next

22   to him.  He is claiming that Ambien -- he was under the

23   influence of Ambien.

24          The defense has not retained an expert at this time,

25   and, you know, Ms. Reyes and I are having ongoing discussions

1   about the direction of the case.  So, you know, this case is

2   going to -- I just want to preview for the Court that if -- it

3   doesn't look like -- just based on recent discussions I've had

4   with my management, it doesn't look like we can resolve the

5   case at this time, at this juncture.  So they are going to need

6   to get an expert before we can move forward.  If they get one,

7   we're going to need one too, if we go to trial.

8           And my 13-year-old has selective mutism, meaning she

9   cannot speak when she's very stressed, and so I'm going to need

10  also some time to prepare her for trial in the event that it

11  heads that direction.

12          So just laying out a number of issues that we're

13  dealing with here.

14          **THE COURT:**  And if it goes to trial, about how long do

15  you think it would take?

16          **MS. CHANG:**  It depends on the experts, Your Honor, but

17  I would say three or four days.  It's not more complicated than

18  that.

19          **THE COURT:**  Beyond 60 days out, it hits us,

20  honestly -- unless something was to -- and, again, we're all

21  dealing with criminal cases here.  I really do not want --

22  actually, for juror purposes, I really don't want to set

23  anything the day after Christmas.  People just, you know, take

24  vacations and stuff.

25          I've got the first week of January -- that would be,

1    like, Tuesday the 3rd through Friday the 6th -- or then, you

2    know, the second week.  But January's open right now.  There's

3    really nothing.  I've got just about every week until the end

4    of the year except for, coming up, there's some that are coming

5    off this month, but that's it.

6        **MS. CHANG:**  Your Honor, I actually think that inures

7    to everyone's favor because I think this is going to take a

8    while to work through.  So that's actually great.  I would

9    request, actually -- I was going to ask, if it's okay with the

10   defense, to set a status around October perhaps because I need

11   a chance to consult with the victim.  She lives in California.

12       **THE COURT:**  Okay.

13       **MS. CHANG:**  So this is going to require bringing her

14   out of school and all of that.

15       **THE COURT:**  So do we want to -- let's tentatively set

16   it -- let's do a status when?  In October?

17       **MS. CHANG:**  Yes, please.

18       **THE COURT:**  Let's set a status in October, but let's

19   tentatively get it set so that we don't have a situation where

20   come October, everything's booked through.  Let's set it maybe

21   that week of January the 9th.

22       And see if Ms. Reyes will get us a waiver through the

23   end of January.

24       **MR. SKUTHAN:**  Yes, Your Honor.

25       **THE COURT:**  And then I'll find the ends of justice are

1    best served by granting the continuance in this case.

2    Hopefully, it can resolve; but, if not, we've got it on a date

3    certain.

4            **MS. CHANG:**  Thank you, Your Honor.

5            **MR. SKUTHAN:**  Thank you.

6            **THE COURT:**  Okay.  October status.  And that's

7    October?

8            **THE COURTROOM DEPUTY:**  11th.

9            **THE COURT:**  11th.  Okay.  Thank you.

10           **MS. CHANG:**  Thank you.

11           **MR. SKUTHAN:**  Thank you.

12       (Proceedings concluded at 3:28 P.M.)

13                   -      -      -

14                 **CERTIFICATE OF REPORTER**

15   I certify that the foregoing is a correct transcript of the
     record of proceedings in the above-titled matter.

16

17   s/Heather Suarez                         08/30/2022
     Heather Suarez, RPR, FCRR, CRR           Date
18   U.S. Official Court Reporter

19

20

21

22

23

24

25