PS 42
(Rev 07/93)

# United States District Court

## Middle District of Florida

**United States of America**

vs

**Brian Patrick Durning**

Case No. 6:22-CR-00102-WWB-DAB-01

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Brian Patrick Durning, have discussed with Charles A. P. Sweatt, Pretrial Services Officer, modification of my release as follows:

1. The defendant shall refrain from the use of any alcohol

I consent to this modification of my release conditions and agree to abide by this modification.

_____  08/30/2022    _____  08/31/2022
Brian Patrick Durning      Date          Charles A. P. Sweatt         Date
                                         U.S. Pretrial Services Officer,
                                         Middle District of Florida

I have reviewed the conditions with my client and concur that this modification is appropriate.

**Karla Reyes**  Digitally signed by Karla Reyes
Date: 2022.08.31 16:27:10 -04'00'

_____          _____
Karla Reyes, Attorney for defendant         Date

[X]  The above modification of conditions of release is ordered, to be effective on  9/1/22  .

[ ]  The above modification of conditions of release is not ordered.

_____          9/1/22
Leslie R. Hoffman-Price            Date
United States Magistrate Judge