# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.     **CASE NO: 6:22-cr-102-WWB-DAB**

**BRIAN PATRICK DURNING**

AUSA: Shannon Laurie

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **September 27, 2022**<br>10:03 A.M.-10:04 A.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 1 Minute |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
### ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Defendant waives presence and enters plea of not guilty.
Previous scheduling order dates remain in effect.
Court adjourned.