**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.  CASE NO: 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Emily C. L. Chang |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | | |
| COURT REPORTER: | Heather Suarez heathersuarez.usocr@gmail.com | COUNSEL FOR DEFENDANT: | Karla Mariel Reyes |
| SCHEDULED DATE/TIME: | November 8, 2022 9:42am-9:45am **Total time= 3 minutes** | INTERPRETER: | N/A |

**STATUS CONFERENCE MINUTES**

Case called; appearances taken.

Government informs the Court this case may not be ready to start trial on January 9th due to recently receiving the defense's export report. The Government would like to hire an expert to evaluate the report.

The defense does not object to any continuance.

A waiver of speedy trial through January 31, 2023, is filed on the docket (Doc. 37).

Court sets a status conference for December 13, 2022, at 9:30am.

Court adjourned.