# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　Case No:　6:22-cr-102-WWB-DAB

**BRIAN PATRICK DURNING,**

    **Defendant.**

## WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, the Defendant, Brian Patrick Durning, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161(c)(1), from the date of this waiver until April 30, 2023.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*S/Karla M. Reyes*
_____
Karla M. Reyes, Esq.
Assistant Federal Defender
Florida Bar No:　0072652
201 South Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338/Fax: 407-648-6765
Email: karla_reyes@fd.org
Counsel for Defendant

_____
Brian Patrick Durning, Defendant
Dec. 20th 2022

Date: ___12-20-2022_____