UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE TRIAL**

The United States moves for a continuance of the trial date in this case to the week of either May 15, 2022, or May 22, 2022, and in support of the motion, states as follows:

    1.    The defendant is charged in a three-count superseding indictment with abusive sexual contact with a child in the special aircraft jurisdiction of the United States; assault resulting in substantial bodily injury to an individual who has not attained the age of 16 years, in the special aircraft jurisdiction of the United States; and assault resulting in serious bodily injury to an individual who has not attained the age of 16 years, in the special aircraft jurisdiction of the United States.  (Doc. 43.)

    2.    Based on dialogue with defendant's counsel and a defense expert report, the United States understands that the defendant will contend at trial that his consumption of Ambien and/or alcohol has a bearing on his guilt.  As a result, as stated during the December 20, 2022 status conference, the United States has retained expert services to evaluate the defendant.  Accordingly, at

the December 2022 status conference, the Court set a date certain for trial beginning April 10, 2023. (Doc. 54.)

3. When the undersigned advised the United States' expert of that trial date, the expert (Dr. Mary Tramontin) notified the undersigned that she is already scheduled to testify in a separate trial that is (a) set to begin on April 10, 2023, and (b) is expected to last for two weeks. Dr. Tramontin's earliest availability for the instant trial is May 11, 2022.

4. Accordingly, the United States respectfully requests that the Court continue the trial date to either the week of May 15, 2022, or the week of May 22, 2022. The parties estimate that no more than five days will be needed for trial. The undersigned has conferred with counsel for the defendant, who does not object to either of the proposed trial weeks. The undersigned has also conferred with the minor victim, to confirm that her school schedule can be accommodated for trial during both of those weeks.

5. Although Dr. Tramontin has not yet examined the defendant—and therefore the United States does not know what her expert opinion will be—given the defendant's anticipated defense, and Dr. Tramontin's area of expertise, the United States expects that Dr. Tramontin's testimony may be critical during this trial. Therefore, the United States further respectfully requests that the Court find that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

**Local Rule 3.01(g) Certification**

The undersigned certifies that (a) the movant has conferred with the opposing party, and (b) defense counsel does not oppose the continuance requested herein.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:  */s/ Emily C. L. Chang*
      EMILY C. L. CHANG
      Assistant United States Attorney
      USA No. 166
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:  (407) 648-7643
      E-mail:      emily.chang@usdoj.gov

U.S. v. BRIAN PATRICK DURNING             Case No. 6:22-cr-102-WWB-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Karla M. Reyes
    Assistant Federal Defender

    */s/ Emily C. L. Chang*
    EMILY C. L. CHANG
    Assistant United States Attorney
    USA No. 166
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:  (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail:        emily.chang@usdoj.gov