**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                           CASE NO: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Michael Felicetta |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | | |
| COURT REPORTER: | Heather Suarez heathersuarez.usocr@gmail.com | COUNSEL FOR DEFENDANT: | Karla Mariel Reyes |
| SCHEDULED DATE/TIME: | April 5, 2023 2:22pm-2:31pm **Total time: 9 minutes.** | INTERPRETER: | N/A |

## MINUTES – April Status Conference

Case called; appearances taken.

The Government informs the Court that this case is still likely to result in a trial. The parties have been in plea negotiations but have not been successful.

Defense makes ore tenus motion to continue trial to continue plea negotiations. The Government agrees with the motion. Due to scheduling concerns with the child victim the Government is requesting the trial date be moved to mid-June.

The Court grants the ore tenus motion to continue the trial for a date certain trial starting on June 20, 2023. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until and including **June 30, 2023,** shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Court adjourned.