**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                      CASE NO: 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Michael Felicetta<br>Courtney Richardson-Jones |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Heather Suarez<br>heathersuarez.usocr@gmail.com | **COUNSEL FOR DEFENDANT:** | Jeremy Lasnetski |
| **SCHEDULED DATE/TIME:** | May 18, 2023<br>11:28am-11:41am<br>**Total time in court: 13 minutes** | **INTERPRETER:** | N/A |

## MINUTES – May Telephone Status Conference

Case called; appearances taken.

Defense makes ore tenus motion to continue the trial due to discovery and being new to the case. Defense states the Government has not provided the report from Mr. Durning's evaluation and a recorded interview.

The Government objects to the continuance because of the hardships it would cause to the victim and the victim's family. Government states the delay in delivering the report was because Mr. Durning was going to plea but did not. Government will get the report to Defense by tomorrow and if the interview was recorded that will be delivered as well.

The Court denies the motion to continue the trial for the reasons stated on the record. The Court directed the Government to provide Defense a copy of the report and the recorded interview by tomorrow (5/19/23).

Court adjourned.