UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                        CASE NO. 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

## **NOTICE OF LATE COMPLIANCE**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this notice of late compliance with this Court's Order (Docket Entry 82, 83).

At our status conference on May 18, 2023, I informed the Court that I would have a copy of the expert report by May 19, 2023. The Court directed the government to disclose a copy of our expert's report, together with a copy of the defendant's interview by the expert, no later than May 19, 2023. Unfortunately, the government did not receive either item until today, May 22, 2023. I immediately notified defense counsel and uploaded the items using secure file exchange.

I made multiple attempts to reach our expert on May 19, 2023, to comply with this Court's Order. I was unable to reach them. I later learned that the contact person for the expert took leave and did not have remote access to her email or her phone. As a result, my messages were not received until today. The expert's assistant has obtained a new cell phone device and her remote access to calls and emails has been restored.

I sincerely apologize to the Court and to defense counsel for this delay. I

expected to have this report on Friday when I represented same to the Court. This delay was not intentional and not the result of any dilatory actions of the government.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney

By: */s/ Michael P. Felicetta*
     Michael P. Felicetta
     Assistant United States Attorney
     Florida Bar No. 094468
     400 W. Washington Street, Suite 3100
     Orlando, Florida 32801
     Telephone: (407) 648-7500
     E-mail: Michael.Felicetta@usdoj.gov

**U.S. v. BRIAN PATRICK DURNING**          Case No. 6:22-cr-102-WWB-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Jeremy Lasnetski, Esq.
    Assistant Federal Defender

    */s/ Michael P. Felicetta*
    Michael P. Felicetta
    Assistant United States Attorney
    Florida Bar No. 094468
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:  (407) 648-7500
    E-mail:     Michael.Felicetta@usdoj.gov