UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-102-WWB-DAB

BRIAN PATRICK DURNING

## GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Child Victim
2. Stacey Sherretta, Los Angeles, CA
3. Rick Krum, Los Angeles, CA
4. Sharon Joseph, Orlando, FL
5. Tabari Francis, Orlando, FL
6. Pedro Maldonado, Delta Air Lines
7. Rachelle McCoy, Delta Air Lines
8. Mario Lopez, Delta Air Lines
9. Wilfredo Sanchez, Jr., Delta Air Lines
10. Ofc. Brian Pina, Orlando Police Department
11. Federal Air Marshall Nasn Minor
12. Deputy U.S. Marshal Anthony Helicio, Unites States Marshal Service

13. Task Force Officer David D'Arcangelis, Federal Bureau of Investigation

14. Mary Tramontin, Psy.D., The Forensic Panel

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Michael P. Felicetta*
Michael P. Felicetta
Assistant United States Attorney
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
E-mail: Michael.Felicetta@usdoj.gov

/s/ Courtney D. Richardson-Jones
By: Courtney D. Richardson-Jones
Assistant United States Attorney
Florida Bar No.: 91608
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
E-mail: Courtney.richardson-jones@usdoj.gov

**U.S. v. BRIAN PATRICK DURNING**              Case No. 6:22-cr-102-WWB-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Jeremy Lasnetski, Esq.
    Assistant Federal Defender

                                       */s/ Michael P. Felicetta*
                                       Michael P. Felicetta
                                       Assistant United States Attorney
                                       Florida Bar No. 094468
                                       400 W. Washington Street, Suite 3100
                                       Orlando, Florida 32801
                                       Telephone:   (407) 648-7500
                                       E-mail:      Michael.Felicetta@usdoj.gov