UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO. 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

### GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EVIDENCE UNDER FED. R. EVID. 404(b)

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, notifies this Honorable Court and all counsel that it intends to introduce evidence, pursuant to Fed. R. Evid. 404(b), of other crimes, wrongs or acts the defendants committed before, during, and after the dates of the offenses alleged in the Indictment.

The Fed. R. Evid. 404(b) evidence the United States intends to introduce includes an arrest of the defendant on December 30, 2017, at 12:45am in Pasadena, California for public intoxication. A report by the Pasadena Police Department indicates that the defendant was observed by an officer in an "extremely intoxicated condition" on the sidewalk outside of a business. After speaking with the defendant, the officer placed the defendant under arrest "for his own safety." Body-worn camera and footage from the jail captured the arrest and most of time the defendant was in the custody of police until his release several hours later.

The government contends that these videos depict the condition of the defendant in an extremely intoxicated condition. This is relevant because they provide a baseline comparison to videos of the defendant on the day of these offenses on the aircraft and at the airport. Although the defendant consumed alcohol on the date of the offenses charged in the indictment, his behavior does not reflect that he was "extremely intoxicated," as he was on December 30, 2017.

The government submits that these videos from the arrest in 2017, and testimony about these videos, is admissible during the testimony of the government's expert, Dr. Mary Tramontin, because they were used by her in formulating her opinions. These videos may also be relevant during cross-examination of any defense witnesses.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:    /s/ Michael P. Felicetta
        Michael P. Felicetta
        Assistant United States Attorney
        Florida Bar No.: 94468
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: Michael.Felicetta@usdoj.gov

**U.S. v. BRIAN PATRICK DURNING**        Case No. 6:22-cr-102-WWB-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Jeremy Lasnetski, Esq.
    Attorney for Defendant

                             By:    */s/ Michael P. Felicetta*
                                         Michael P. Felicetta
                                         Assistant United States Attorney
                                         Florida Bar No.: 94468
                                         400 W. Washington Street, Suite 3100
                                         Orlando, Florida 32801
                                         Telephone:  (407) 648-7500
                                         Facsimile:   (407) 648-7643
                                         E-mail: Michael.Felicetta@usdoj.gov