UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO. 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

## **UNITED STATES' UNOPPOSED MOTION TO FILE REPORT UNDER SEAL**

The United States moves for permission of this Court to file our expert report under seal, and in support of the motion, states as follows:

1. The Court directed the government to file a response to the defendant's filing (Docs. 98 & 99), "and attach a copy of the expert report on or before June 14, 2023, at 5:00 PM." (Doc. 100)

2. The expert report contains sensitive information about the defendant's personal background, medical records, and prior treatments. The government would therefore request permission to file the report under seal. We intend to file our response on the docket but only request that the expert report be filed under seal.

3. I have consulted with defense counsel who has no objection to this motion.

WHEREFORE, the government respectfully requests to have the expert report filed under seal by the Court as an exhibit to the government's response and remain under seal until further order of the Court.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Michael P. Felicetta*
Michael P. Felicetta
Assistant United States Attorney
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
E-mail: Michael.Felicetta@usdoj.gov

**U.S. v. BRIAN PATRICK DURNING**          Case No. 6:22-cr-102-WWB-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeremy Lasnetski, Esq.

*/s/ Michael P. Felicetta*
Michael P. Felicetta
Assistant United States Attorney
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
E-mail: Michael.Felicetta@usdoj.gov