UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:22-cr-102-WWB-RMN

BRIAN PATRICK DURNING

**UNOPPOSED MOTION TO RELEASE
SEALED TRANSCRIPT TO PROBATION**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Unopposed Motion for Release of Sealed Trial Transcript of the testimony of Z.B. and would state the following:

1. On September 11, 2023, the parties moved for a copy of the child victim's sealed transcript (Doc. 132). The Court granted the motion (Doc. 135). The transcript was provided to the parties by the court reporter.

2. The probation officer responsible for writing the Pre-Sentence Report is unable to view the sealed transcript. It would aid the probation officer and the parties if Probation could receive a copy of the transcript.

3. The government now moves for an Order of this Court allowing the court reporter to provide a copy of the transcript of Z.B. to Probation Officer Omayra Hernandez-Vega. The parties request that the transcript otherwise remain under seal and be released to the public or any other persons without a further order of the Court.

4. I have consulted with counsel for the defense who has no objection to this motion.

WHEREFORE, the United States of America moves for the release of the sealed trial transcript of the testimony of Z.B. to Probation Officer Hernandez-Vega.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By: */s/ Michael P. Felicetta*
    Michael P. Felicetta
    Assistant United States Attorney
    Florida Bar No. 094468
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    E-mail: Michael.Felicetta@usdoj.gov

U.S. v. BRIAN PATRICK DURNING          Case No. 6:22-cr-102-WWB-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeremy Lasnetski, Esq.

*/s/ Michael P. Felicetta*
Michael P. Felicetta
Assistant United States Attorney
Florida Bar No. 094468
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
E-mail:
Michael.Felicetta@usdoj.gov

3